Submitted December 6, 2019; portion of judgment requiring defendant to pay a $1,755 DUII fine vacated, remanded for resentencing, otherwise affirmed January 15, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DOUGLAS MICHAEL MAY,
*Defendant-Appellant.*

Clatsop County Circuit Court
18CR48049; A169282

456 P3d 382

Richard Baldwin, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Portion of judgment requiring defendant to pay a $1,755 DUII fine vacated; remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Defendant was convicted of attempting to elude, ORS 811.540, driving under the influence of intoxicants, ORS 813.010, and reckless endangerment, ORS 163.195. On appeal, he asserts that the trial court erred in imposing a fine of $1,755, which exceeded the $1,500 amount that was announced in open court. The state concedes the error. We accept the state's concession. *See State v. Zamno*, 299 Or App 270, 450 P3d 57 (2019) (error for court to impose fine greater than amount announced at sentencing hearing).

Portion of judgment requiring defendant to pay a $1,755 DUII fine vacated; remanded for resentencing; otherwise affirmed.